# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> V. <br> <u>**CHARLES AUGUSTA SMITH**</u> <br> **a/k/a Buck Smith, a/k/a Charles Anthony Smith,** <br> **a/k/a Tony Augusta Smith** | **JUDGMENT IN A CRIMINAL CASE** <br> (For **Revocation** of Supervised Release) |

CASE NUMBER: **1:02-CR-00131-001**
USM NUMBER: **08251-003**

**THE DEFENDANT:**    <u>Christopher Knight, Esquire</u>
                                            **Defendant's Attorney**

(X)   admitted guilt to violation of supervision condition: <u>Special Condition & 7 as set forth in petition dated 02/08/2011.</u>

( )   was found in violation of supervision condition(s): _____

| **Violation Number** | **Nature of Violation** | **Date violation Occurred** |
|---|---|---|
| Special Condition | Technical | |
| 7 | Technical | |

The defendant is sentenced as provided in pages 2 through **2** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

( )   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

**Defendant's Social Security No.:** <u>7633</u>

**Defendant's Date of Birth:** <u>1970</u>

**Defendant's Residence Address:**
_____
_____

**Defendant's Mailing Address:**
_____
_____

February 23, 2011
Date of Imposition of Judgment

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE

March 1, 2011
Date

Judgment 2

Defendant: **CHARLES AUGUSTA SMITH, a/k/a Buck Smith, a/k/a Charles Anthony Smith, a/k/a Tony Augusta Smith**
Case Number: **1:02-CR-00131-001**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  FIVE (5) MONTHS  .

( )  The court makes the following recommendations to the Bureau of Prisons:

(X)  The defendant is remanded to the custody of the United States Marshal.

( )  The defendant shall surrender to the United States Marshal for this district:
  ( )  at __ .m. on __.
  ( )  as notified by the United States Marshal.

( )  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ( )  before 2 p.m. on ____.
  ( )  as notified by the United States Marshal.
  ( )  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal
